**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 309 MAL 2022

                 Petitioner      :

                                            :    Petition for Allowance of Appeal
                                              :    from the Order of the Superior Court

           v.                         :

SCOTT KENNETH WILEY,             :

             Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.